UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZIECHA NORWILLO, as Surviving
Spouse and as Personal
Representative of the Estate of Francis
Norwillo and MICHAEL DOUGHERTY,

    Plaintiffs,

v.                                      Case No: 8:16-cv-3471-MSS-MAP

PURPLE SHOVEL, LLC, SKYBRIDGE
RESOURCES, LLC, REGULUS
GLOBAL LLC, and REGULUS GLOBAL
INC.,

    Defendants.

# SHOW CAUSE ORDER

**THIS CAUSE** comes before the Court for consideration *sua sponte*. A review of the record in this case reveals that Defendants Purple Shovel, LLC, Skybridge Resources, LLC, Regulus Global LLC, and Regulus Global Inc. ("Defendants"), have failed to respond to Plaintiffs' Renewed Motion to Remand. On September 26, 2017, the Court entered Orders, (Dkts. 65, 66), allowing the Defendants an extension of time to respond to Plaintiffs' Motion. Defendants' responses were due on October 5, 2017, and that deadline has since passed. Pursuant to Local Rule 3.01(b):

> Each party opposing a motion or application shall file within fourteen (14) days after service of the motion or application a response that includes a memorandum of legal authority in opposition to the request, all of which the respondent shall include in a document not more than twenty (20) pages.

Local Rule 3.01(b).

Upon consideration of the foregoing, Defendants are hereby **ORDERED** to **SHOW CAUSE** why Plaintiffs' Renewed Motion to Remand, (Dkt. 58), should not be **GRANTED**.

Defendants shall have **up to and including** October 25, 2017, to file a response to the Motion to Remand.  If Defendants fail to respond, the Court will consider such a failure to be an admission to the accuracy of the argument and facts contained in Plaintiffs' Motion, resulting in the Court remanding this case to state court.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of October, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
Counsel of Record
Any pro se party