# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren　　　　　　　　　　　　　　　　　　　　　　　　　　　Keshia M. Jones
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tampa Division Manager

ZIECHA NORWILLO and MICHAEL DOUGHERTY,

　　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　Case No: 8:16-cv-3471-T-35MAP

PURPLE SHOVEL, LLC, SKYBRIDGE RESOURCES, LLC, REGULUS GLOBAL LLC and REGULUS GLOBAL INC.,

　　　Defendants.

## TRANSMITTAL OF RECORD TO STATE COURT

**State Court Case Number:** 16-CA-9933

Enclosed is a certified copy of the Order of Remand along with an extra copy of this letter. Please date stamp the copy of the letter and return it in the envelope provided.

October 30, 2017　　　　　　　　　　ELIZABETH M. WARREN, CLERK

　　　　　　　　　　　　　　　　　　By:　　s/LD, Deputy Clerk

Enclosures

Date of Receipt:　　　　　　　　　　_____

By:　　　　　　　　　　　　　　　　_____